UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re:<br><br>JEFFERY P. BILBREY<br>TIFFANY M. BILBREY<br><br><br>Debtor(s) | Chapter 7<br><br>Case No. 08-09013-PHX GBN<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |
|---|---|

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2005 | 10/06/09 | Verizon Wireless West<br>PO Box 3397<br>Bloomington, IL 61702 | $56.30 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $56.30 to the Clerk of the Court to be deposited in the Registry thereof.

| February 11, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |